one of the credibility and weight to be given each, which is a matter for the trial court's determination (*People v. Carr, supra, People v. Novotny,* 41 Ill.2d 401, 244 N.E.2d 182), which will not be disturbed unless the evidence is so unsatisfactory as to leave a reasonable doubt as to guilt. *People v. Norfleet,* 15 Ill.App.3d 567, 304 N.E.2d 672.

■■ Here, after carefully examining the record, we cannot say that the evidence was so unsatisfactory as to leave a reasonable doubt as to defendant's guilt.

For the reasons stated, the judgment is affirmed.

Affirmed.

DRUCKER and LORENZ, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT LUCIW, Defendant-Appellant.

(No. 59496;

First District (5th Division)—May 17, 1974.

803

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Phillip A. Olson and John M. Kalnins, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Frank J. Parkerson, Assistant State's Attorneys, of counsel), for the People.